[No. 63556-5-I.   Division One.   November 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ISMAIL OSMAN HASSAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-09739-7, Laura Gene Middaugh, J., entered May 26, 2009. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Ellington, JJ.

[No. 63602-2-I.   Division One.   November 8, 2010.]

SHANNON O. HOLSMAN, *Respondent*, v. RICHARD POPE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-00124-3, Bruce E. Heller, J., entered May 4, 2009. *Reversed* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Cox and Lau, JJ.

[No. 63778-9-I.   Division One.   November 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JACKSON MUCHOKI MURIUKI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-05272-5, Michael J. Fox, J., entered July 6, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, A.C.J., and Ellington, J.

[No. 63787-8-I.   Division One.   November 8, 2010.]

SUSAN CAMICIA, *Appellant*, v. HOWARD S. WRIGHT CONSTRUCTION COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-29545-3, Laura C. Inveen, J., entered June 22, 2009. *Reversed* and *remanded* by unpublished opinion per Schindler, J., concurred in by Cox and Spearman, JJ.